UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

JUL 15 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

TRUSTEES OF THE PAINTERS
UNION DEPOSIT FUND,

    Plaintiff,

CASE NO. 04-74387

-vs-

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

LANDMARK CAPRENTRY, INC.,
et al.,
    Defendants.
_____/

### ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) AWARDING PLAINTIFF ITS ATTORNEY FEES AND COSTS

The Court has reviewed the Magistrate Judge's Report and Recommendation, filed on April 29, 2005, as well as any objections filed thereto.

**IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and Plaintiff is awarded pursuant to 29 U.S.C. §1132(g)(2)(D) attorney fees in the amount of $1,106.25 and costs in amount of $215.00, all with interest from and after this date until payment as provided by law.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED: JUL 15 2005